

STONE BONNER & ROCCO LLP

ATTORNEYS AT LAW

---

260 Madison Avenue • 17th Floor • New York • New York • 10016

Telephone
(212) 239 - 4340

Fax
(212) 239 - 4310

Web
www.lawssb.com

Email
sdavies@lawssb.com

November 28, 2011

*Via ECF*

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   ***Jetha et al. v. Filco Ltd. et al.*, Case No. 11 Civ 5519 (LBS)**

Dear Clerk of Court:

This law firm represents Plaintiffs in the above-captioned matter.  Plaintiffs respectfully request the Clerk enter default against Defendant Howard Lederer for his failure to timely answer and/or to file some other responsive pleading to Plaintiffs' Complaint.

Plaintiffs' request is supported by the Affidavit of Ralph M. Stone for Judgment By Default, submitted herewith.

Respectfully submitted,

/s/ Ralph M. Stone