UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ZAYN JETHA and DONALD WHELAN,

                Plaintiffs,

-against-

FILCO LTD., FULL TILT POKER, INC.,
FULL TILT POKER LTD., ORINIC LTD.,
OXALIC LTD., TILTWARE LLC,
VANTAGE LTD., HOWARD LEDERER,
RAYMOND BITAR, NELSON BURTNICK
and JOHN DOES 1-25,

                Defendants.

------------------------------------------------------x

11 Civ. 5519 (LBS)

DEFAULT JUDGMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-11

This action having been commenced on August 9, 2011 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, Full Tilt Poker Ltd., on August 30, 2011 by leaving a conformed copy at Full Tilt Poker's place of business with Lucy Garcia, Legal Assistant, who is designated by law to accept service of process on behalf of Full Tilt Poker Ltd. and a proof of service having been filed on September 12, 2011 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against defendant Full Tilt Poker Ltd. in an amount that has not yet been liquidated and shall be determined after further proceedings.

Dated: New York, New York
      12/5/11

_____
U.S.D.J.

This document was entered on the docket on _____.