IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ZAYN JETHA and DONALD WHELAN,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

FILCO LTD., FULL TILT POKER, INC.,
FULL TILT POKER LTD., ORINIC LTD.,
OXALIC LTD., TILTWARE LLC,
VANTAGE LTD., HOWARD LEDERER,
RAYMOND BITAR, NELSON BURTNICK
and JOHN DOES 1-25;

        Defendants.

Civil Action No.: 1:11-cv-05519-LBS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12+20-11

RECEIVED
DEC 20 2011
CHAMBERS OF
LEONARD B. SAND

## STIPULATION AND [PROPOSED] ORDER VACATING DEFAULT JUDGMENTS, ADDRESSING ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANT BITAR, AND DESIGNATING TIME TO ANSWER COMPLAINT

WHEREAS, the above-captioned action was filed on August 9, 2011;

WHEREAS, Defendants Filco Ltd., Full Tilt Poker, Inc., Full Tilt Poker Ltd., Orinic Ltd., Oxalic Ltd., Tiltware LLC, Vantage Ltd., and Howard Lederer have been served with process in the above-captioned action;

WHEREAS, Defendants Raymond Bitar and Nelson Burtnick have not yet been served with process in the above-captioned action;

WHEREAS, on December 5, 2011, this Court entered default judgment in favor of Plaintiffs against Filco Ltd., Full Tilt Poker, Inc., Full Tilt Poker Ltd., Orinic Ltd., Oxalic Ltd., Tiltware LLC, Vantage Ltd., and Howard Lederer.

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that the above default judgments be vacated by order of this Court.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that undersigned counsel for the Defendants will accept service of the summons and complaint in this action on behalf of Raymond Bitar, and thereby waive any defense based upon any alleged defect in service of process.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties, that that the time for Defendants Filco Ltd., Full Tilt Poker, Inc., Full Tilt Poker Ltd., Orinic Ltd., Oxalic Ltd., Tiltware LLC, Vantage Ltd., Howard Lederer, and Raymond Bitar will answer the Complaint pursuant to Rule 12(a), Fed. R. Civ. P., and that the time for doing so in the above-captioned action is extended to January 13, 2012.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that the parties will confer on a schedule of discovery at such time after Defendants have filed their answer to the Complaint on January 13, 2011; except that the parties have agreed that plaintiffs may serve discovery requests upon defendants immediately and that defendants shall undertake to preserve and to timely produce all responsive documents.

IT IS FURTHER STIPULATED AND AGREED that defendants shall, within five (5) days of entry of this Stipulation and Order, reimburse Plaintiffs' counsel the amount of $3,415.00, for fees and expenses incurred in connection with service of process and obtaining default judgments in this matter.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that the Stipulation may be executed in any number of counterparts, and that executed copies of this stipulation may be sent by PDF or facsimile shall be deemed as signed originals.

DATED: December 19, 2011

By: _____  
Ralph M. Stone (rstone@lawssb.com)

STONE BONNER & ROCCO LLP  
260 Madison Avenue, 17th Floor  
New York, New York 10016  
Telephone: (212) 239-4340  
Facsimile: (212) 239-4310

Attorneys for Plaintiffs  
*Zayn Jetha and Donald Whelan*

By: _____  
A. Jeff Ifrah (Bar No.: AI1627)  
David B. Deitch (Bar No.: DD9900)

IFRAH PLLC  
1717 Pennsylvania Avenue, Suite 650  
Washington, D.C. 20006-2004  
Telephone: (202) 524-4140  
Facsimile: (202) 524-4141  
jeff@ifrahlaw.com  
ddeitch@ifrahlaw.com

Attorneys for Defendants,  
*Filco Ltd., Full Tilt Poker, Inc., Full Tilt Poker Ltd., Orinic Ltd., Oxalic Ltd., Tiltware, LLC, Vantage Ltd., Howard Lederer, and Raymond Bitar*

SO ORDERED:  
_____  
THE HONORABLE LEONARD B. SAND  
12/20/11